UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00147-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANTE MARTIN ADAME-VILLALOBOS, a/k/a Abraham Villalobos-Gardea,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, May 12, 2010,** and responses to these motions shall be filed by **Friday, May 21, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions will not be scheduled at this time. The parties shall contact Chambers if they believe a hearing is necessary. It is

FURTHER ORDERED that a 2-day jury trial is set for **Tuesday, June 1, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 30th day of March, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge