UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00147-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DANTE MARTIN ADAME-VILLALOBOS, a/k/a Abraham Villalobos-Gardea,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on May 14, 2010.  The 2-day jury trial set for **Tuesday, June 1, 2010** is **VACATED**.  A Change of Plea hearing is set for **Monday, June 21, 2010, at 9:00a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: May 14, 2010