UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00147-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANTE MARTIN ADAME-VILLALOBOS, a/k/a Abraham Villalobos-Gardea,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the court, the Change of Plea hearing set for **Monday, June 21, 2010, at 9:00a.m.** is **VACATED** and **RESET** for **Friday, July 2, 2010, at 1:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: June 14, 2010